IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00223-WDM-PAC

MARLA A. SEWELL, and
BROOKE SEWELL,

    Plaintiffs,

v.

GREAT NORTHERN INSURANCE COMPANY,
a foreign insurance corporation,
HAYS COMPANIES,
a Colorado corporation, and
PROFESSIONAL LINES INSURANCE BROKERAGE, INC.,
a Colorado corporation,

    Defendants.

_____

### ORDER OF RECUSAL
_____

    Counsel for plaintiff in this case, Richard A. Waltz, is a friend of mine.  Accordingly, I formally recuse myself from this case and request that another United States Magistrate Judge be assigned.

    It is **ORDERED** that the Scheduling Conference set for April 17, 2006 at 9:30 a.m., is **vacated.**

    Dated:  March 21, 2006.

    BY THE COURT:

    s/Patricia A. Coan
    PATRICIA A. COAN
    United States Magistrate Judge