IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00223-WDM-CBS

MARLA A. SEWELL, and
BROOKE SEWELL,

      Plaintiffs,

v.

GREAT NORTHERN INSURANCE COMPANY;
HAYS COMPANIES,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Joint Motion to Vacate Settlement Conference (*doc. no. 39*) is **GRANTED**.  The settlement conference set for August 17, 2006 is **VACATED**.

      IT IS FURTHER ORDERED that a joint status report regarding the progress of mediation is due no later than **November 30, 2006**.

**DATED:**     August 3, 2006