IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00223-WDM-CBS

MARLA G. SEWELL, and
BROOKE SEWELL,

    Plaintiffs,

v.

GREAT NORTHERN INSURANCE COMPANY,
a foreign insurance corporation,
HAYS COMPANIES,
a Colorado corporation,
PERSONAL LINES INSURANCE BROKERAGE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    It is hereby **ORDERED** that Plaintiffs' Motion to Change Name of Plaintiff in Caption (*Doc. No.* **58,** Filed November 2, 2006) is **GRANTED**. The caption shall be amended to reflect the plaintiff's name as Marla G. Sewell.

**DATED:**    November 6, 2006