IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  06-cv-00223-WDM-CBS

MARLA G. SEWELL, and
BROOKE SEWELL,

      Plaintiffs,

v.

GREAT NORTHERN INSURANCE COMPANY; a foreign insurance corporation;
HAYS COMPANIES, a Colorado corporation; and
PERSONAL LINES INSURANCE BROKERAGE, INC.; a Colorado corporation,

      Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiffs' motion for leave to file amended answer briefs is granted; the briefs are accepted for filing.

Dated:  March 9, 2007

                                      s/ Jane Trexler, Judicial Assistant